UNITED STATES FIDELITY AND GUARANTY COMPANY, Plaintiff–Counter–Defendant–Appellee,

v.

FROSTY BITES, INC., Defendant–Counter–Plaintiff–Appellant.

No. 03–7021.

United States Court of Appeals, Second Circuit.

Nov. 14, 2003.

---

* The Honorable Edward R. Korman, Chief Judge, United States District Court for the Eastern District of New York, sitting by designation.

Joanna Roberto, Pino & Associates, LLP, White Plains, NY, for Appellant.

Judith Tregor Shelton (Sharon Angelino), Kenney, Shelton, Liptak & Nowak, L.L.P., Buffalo, NY, for Appellee, of counsel.

PRESENT: LEVAL, CABRANES, Circuit Judges and GARAUFIS,* District Judge.

\* The Honorable Nicholas G. Garaufis of the United States District Court for the Eastern District of New York, sitting by designation.

## SUMMARY ORDER

We have considered all of defendant's arguments and have found each of them to be without merit. Accordingly, the judgment of the District Court is hereby AFFIRMED, and the mandate shall issue forthwith.